DANIEL G. BOGDEN
United States Attorney
District of Nevada
JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov
*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. GORDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE, a United States Government Agency; and DOES and ROES I through XX, inclusive,<br><br>　　　　Defendants. | Case No: 2:13-cv-00746-APG-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

_____
ANTHONY K. GORDON
*Pro se Plaintiff*

Dated October 9, 2013.

DANIEL G. BOGDEN
United States Attorney

_____
JUSTIN E. PINGEL
Assistant United States Attorney
*Attorneys for the United States*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: October 10, 2013

1